IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PHILLIP CHRISTOPHER FOYER,  )
a.k.a., PHILLIP FOY,  )
  )
    Petitioner,  )
  )
v.  )          CASE NO. 2:09-cv-1105-ID
  )              [WO]
  )
STATE OF ALABAMA,  )
  )
    Respondent.  )

**ORDER**

On January 4, 2010 the Magistrate Judge entered a Recommendation (Doc. No. 4) in this case to which no timely objections have been filed. After a review of the Recommendation, and an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. It is further

ORDERED that this case be and is hereby DISMISSED without prejudice due to Petitioner's failure to comply with the order of this Court requiring that he provide information necessary to proceed in this cause of action.

Done this 4th day of February, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE